UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **STEVE WEISS** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER 14-35-SDD-RLB** |
| **DOLGENCORP, LLC &** | |
| **DOLLAR GENERAL CORPORATION** | |

### ORDER

This matter is before the court on a review of Plaintiff's Amended and Supplemental Complaint (R. Doc. 10). This court granted plaintiff's unopposed motion for leave to file amended and supplemental complaint (R. Doc. 9). Plaintiff's Amended and Supplemental Complaint was filed on April 3, 2014 (R. Doc. 10). Upon further review,

**IT IS ORDERED** that plaintiff shall file a "notice of citizenship" properly alleging and clarifying the citizenship of the newly named Defendant **Coca-Cola Bottling Company, United, Inc.**, on or before **May 6, 2014.** Plaintiff states that Defendant Coca-Cola Bottling Company, United, Inc. is *domiciled* in the State of Alabama with *a* registered principal place of business in Birmingham, Alabama. For purposes of diversity jurisdiction, both the **state of incorporation** and principal place of business of each corporate party must be alleged. *See* 28 U.S.C. § 1332(c)(1). A corporation's "principal place of business is its "nerve center," meaning "the place where a corporation's officers direct, control, and coordinate the corporation's activities." *Hertz Corp v. Friend*, 559 U.S. 77, 130 S. Ct. 1181, 1192 (2010) ("A corporation's nerve center, usually its main headquarters, is a single place." *Id.* at 1193.). Plaintiff should

therefore clearly indicate the **state of incorporation** and **the** principal place of business of Defendant Coca-Cola Bottling Company, United, Inc.

 Signed in Baton Rouge, Louisiana, on April 22, 2014.

          _____
          **RICHARD L. BOURGEOIS, JR.**
          **UNITED STATES MAGISTRATE JUDGE**